# *UNITED STATES DISTRICT COURT*

## *Southern District of Indiana*

***Kristine L. Seufert***

***Clerk of the Court***

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

November 20, 2026

Re: NETCHOICE v. ROKITA
Cause Number: 1:26−cv−02500−JRS−MG

TO ALL COUNSEL OF RECORD:

Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge Tim A. Baker to the docket of Judge Mario Garcia on November 20, 2026. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:26−cv−02500−JRS−MG should be used on all future filings.**

Sincerely,

Kristine L. Seufert, Clerk of Court

By: s/Juanita Humbles−Semones
Juanita Humbles−Semones, Deputy Clerk